**JOSE R. RAMOS LAMBOY**  18-00018 ESL-12
**ROSA M. VAZQUEZ NIEVES**

FILED ON 1-3-2018
BAR DATE 3-14-2018
GOV BAR DATE 7-2-2018
341 MEETING 4-13-2018
LIQUIDATION VALUE $32,235.00

## CHAPTER 12 PLAN

**CLASS 2**
ATTORNEY'S FEE                    $10,800.00

**CLASS 3  USDA FARM SERVICE AGENCY**

| | | |
|---|---|---|
| POC 6 | | $14,418.85 |
| POC 7 | | $29,811.12 |
| POC 8 | | $14,648.81 |
| POC 9 | | $72,386.15 |
| | TOTAL | $131,264.93 |

| COLLATERAL | TRACTOR | $15,000.00 |
|---|---|---|
| | LOT OF LAND | $180,000.00 |
| | FARM ANIMALS | $60,000.00 |
| | | $255,000.00 |

1 DEBTORS WILL PAY-OFF THIS DEBT WITH AN INCENTIVE IN THE AMOUNT OF $80,259.00

**CLASS 4  CONDADO 4, LLC**
POC 22
              $277,386.02

| COLLATERAL | MILK QUOTA | |
|---|---|---|
| | 23,600 LITERS | |
| | * $12.00 | $283,200.00 |

1 DEBTORS WILL SELL MILK QUOTA TO PAY-OFF THIS DEBT IN THE AMOUNT OF $277,386.02

**CLASS 5 TRIANGLE CAYMAN**
POC 23

|  | | |
|---|---|---|
| | $561,000.00 | SECURED |
| | $388,504.67 | UNSECURED |
| | $949,504.67 | TOTAL |

| COLLATERAL | LOT OF LAND | $55,000.00 | |
|---|---|---|---|
| | MILK QUOTA | $28,800.00 | |
| | 2,400 LITERS | $83,800.00 | TOTAL |
| | *$12.00 | | |
| | TOTAL UNSECURED | | $865,704.67 |

1. DEBTORS WILL SELL MILK QUOTA TO PAY THE AMOUNT OF $28,800.00
2. DEBTORS WILL MAKE MONTHLY PAYMENTS AS FOLLOWS TO PAY THE LOT OF LAND:

| | MONTHS | |
|---|---|---|
| $590.10 | 60 | $35,406.00 |
| $590.10 | 60 | $35,406.00 |

3. THE TOTAL UNSECURED AMOUNT OF $865,704.67 WILL BE PAID IN CLASS 9

---

**CLASS 6 RELIABLE**
POC 1                                                     $26,057.00

CONSENT TO LIFT STAY IN FAVOR OF CREDITOR
VEHICLE USED BY THIRD PARTY

---

**CLASS 7 POPULAR AUTO**
POC 11                                                    $3,337.31

FORD F150 2003
SURRENDER VEHICLE// THE DEFICIENCY WILL BE PAID AS GENERAL UNSECURED

---

**CLASS 8 PRIORITY**

STATE INSURANCE FUND
POC 17                                                    317.94

LEVY COUNTY TAX
POC 19                                                    2,465.22
                                        TOTAL             $2,783.16

---

**CLASS 9 GENERAL UNSECURED**

MONEY EXPRESS
POC 2                                                     5,309.89

FIRST BANK
POC 3                                                     5,090.74

ISLAND FINANCE
POC 4                                                5,380.18

PREPA
POC 5                                                5,374.75

TRIANGLE CAYMAN
POC 23      UNSECURED                                $865,704.67

POPULAR AUTO
POC 10                                               16,557.88

POPULAR AUTO
POC 11- DEFICIENCY                                   $3,337.31

BANCO POPULAR
POC 12                                               4,531.65

BANCO POPULAR
POC 13                                               5,325.88

PR LAND ADMINISTRATION
POC 14                                               2,100.00

AAA
POC 15                                               380.77

AAA
POC 16                                               278.74

FEDERACION
POC 18                                               67,198.00

SYNCHRONY BANK
POC 20                                               1,309.17

BETZAIDA NATAL
POC 21                                               187,200.00

POPULAR AUTO
POC 11                                               $3,337.31

AGROVET
POC 24                                               $4,595.54
                              TOTAL                  $1,183,012.48

THIS CLASS WILL BE PAID AS PER LIQUIDATION VALUE $32,235.00

| | | | |
|---|---|---:|---:|
| ATTORNEY'S FEE | | $10,800.00 | |
| TRIANGLE | | $35,406.00 | $590.10 |
| PRIORITY | | $2,783.16 | |
| GENERAL UNSECURED | | $32,235.00 | |
| | TOTAL | $81,224.16 | |
| TRUSTEE'S FEE | | $9,024.91 | |
| | TOTAL | $90,249.07 | |

| | MONTHS | |
|---:|---:|---:|
| $980.00 | 12 | $11,760.00 |
| $1,000.00 | 12 | $12,000.00 |
| $1,700.00 | 12 | $20,400.00 |
| $1,850.00 | 12 | $22,200.00 |
| $2,000.00 | 12 | $24,000.00 |
| | 60 | $90,360.00 |