18-00018 ESL  TRIANGLE CAYMAN        EXHIBIT C

Compound Period ......... : Monthly

Nominal Annual Rate .... : 5.250 %

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 05/04/2018 | 55,000.00 | 1 | | |
| 2 | Payment | 06/04/2018 | 590.10 | 60 | Monthly | 05/04/2023 |
| 3 | Payment | 06/04/2023 | 590.10 | 60 | Monthly | 05/04/2028 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 05/04/2018 | | | | 55,000.00 |
| 1 | 06/04/2018 | 590.10 | 240.63 | 349.47 | 54,650.53 |
| 2 | 07/04/2018 | 590.10 | 239.10 | 351.00 | 54,299.53 |
| 3 | 08/04/2018 | 590.10 | 237.56 | 352.54 | 53,946.99 |
| 4 | 09/04/2018 | 590.10 | 236.02 | 354.08 | 53,592.91 |
| 5 | 10/04/2018 | 590.10 | 234.47 | 355.63 | 53,237.28 |
| 6 | 11/04/2018 | 590.10 | 232.91 | 357.19 | 52,880.09 |
| 7 | 12/04/2018 | 590.10 | 231.35 | 358.75 | 52,521.34 |
| 2018 Totals | | 4,130.70 | 1,652.04 | 2,478.66 | |
| 8 | 01/04/2019 | 590.10 | 229.78 | 360.32 | 52,161.02 |
| 9 | 02/04/2019 | 590.10 | 228.20 | 361.90 | 51,799.12 |
| 10 | 03/04/2019 | 590.10 | 226.62 | 363.48 | 51,435.64 |
| 11 | 04/04/2019 | 590.10 | 225.03 | 365.07 | 51,070.57 |
| 12 | 05/04/2019 | 590.10 | 223.43 | 366.67 | 50,703.90 |
| 13 | 06/04/2019 | 590.10 | 221.83 | 368.27 | 50,335.63 |
| 14 | 07/04/2019 | 590.10 | 220.22 | 369.88 | 49,965.75 |
| 15 | 08/04/2019 | 590.10 | 218.60 | 371.50 | 49,594.25 |
| 16 | 09/04/2019 | 590.10 | 216.97 | 373.13 | 49,221.12 |
| 17 | 10/04/2019 | 590.10 | 215.34 | 374.76 | 48,846.36 |
| 18 | 11/04/2019 | 590.10 | 213.70 | 376.40 | 48,469.96 |
| 19 | 12/04/2019 | 590.10 | 212.06 | 378.04 | 48,091.92 |
| 2019 Totals | | 7,081.20 | 2,651.78 | 4,429.42 | |
| 20 | 01/04/2020 | 590.10 | 210.40 | 379.70 | 47,712.22 |
| 21 | 02/04/2020 | 590.10 | 208.74 | 381.36 | 47,330.86 |
| 22 | 03/04/2020 | 590.10 | 207.07 | 383.03 | 46,947.83 |
| 23 | 04/04/2020 | 590.10 | 205.40 | 384.70 | 46,563.13 |
| 24 | 05/04/2020 | 590.10 | 203.71 | 386.39 | 46,176.74 |
| 25 | 06/04/2020 | 590.10 | 202.02 | 388.08 | 45,788.66 |
| 26 | 07/04/2020 | 590.10 | 200.33 | 389.77 | 45,398.89 |
| 27 | 08/04/2020 | 590.10 | 198.62 | 391.48 | 45,007.41 |
| 28 | 09/04/2020 | 590.10 | 196.91 | 393.19 | 44,614.22 |
| 29 | 10/04/2020 | 590.10 | 195.19 | 394.91 | 44,219.31 |
| 30 | 11/04/2020 | 590.10 | 193.46 | 396.64 | 43,822.67 |

18-00018 ESL   TRIANGLE CAYMAN          EXHIBIT C

|    | Date       | Payment  | Interest | Principal | Balance    |
|----|------------|----------|----------|-----------|------------|
| 31 | 12/04/2020 | 590.10   | 191.72   | 398.38    | 43,424.29  |
| 2020 Totals | | 7,081.20 | 2,413.57 | 4,667.63 | |
| 32 | 01/04/2021 | 590.10   | 189.98   | 400.12    | 43,024.17  |
| 33 | 02/04/2021 | 590.10   | 188.23   | 401.87    | 42,622.30  |
| 34 | 03/04/2021 | 590.10   | 186.47   | 403.63    | 42,218.67  |
| 35 | 04/04/2021 | 590.10   | 184.71   | 405.39    | 41,813.28  |
| 36 | 05/04/2021 | 590.10   | 182.93   | 407.17    | 41,406.11  |
| 37 | 06/04/2021 | 590.10   | 181.15   | 408.95    | 40,997.16  |
| 38 | 07/04/2021 | 590.10   | 179.36   | 410.74    | 40,586.42  |
| 39 | 08/04/2021 | 590.10   | 177.57   | 412.53    | 40,173.89  |
| 40 | 09/04/2021 | 590.10   | 175.76   | 414.34    | 39,759.55  |
| 41 | 10/04/2021 | 590.10   | 173.95   | 416.15    | 39,343.40  |
| 42 | 11/04/2021 | 590.10   | 172.13   | 417.97    | 38,925.43  |
| 43 | 12/04/2021 | 590.10   | 170.30   | 419.80    | 38,505.63  |
| 2021 Totals | | 7,081.20 | 2,162.54 | 4,918.66 | |
| 44 | 01/04/2022 | 590.10   | 168.46   | 421.64    | 38,083.99  |
| 45 | 02/04/2022 | 590.10   | 166.62   | 423.48    | 37,660.51  |
| 46 | 03/04/2022 | 590.10   | 164.76   | 425.34    | 37,235.17  |
| 47 | 04/04/2022 | 590.10   | 162.90   | 427.20    | 36,807.97  |
| 48 | 05/04/2022 | 590.10   | 161.03   | 429.07    | 36,378.90  |
| 49 | 06/04/2022 | 590.10   | 159.16   | 430.94    | 35,947.96  |
| 50 | 07/04/2022 | 590.10   | 157.27   | 432.83    | 35,515.13  |
| 51 | 08/04/2022 | 590.10   | 155.38   | 434.72    | 35,080.41  |
| 52 | 09/04/2022 | 590.10   | 153.48   | 436.62    | 34,643.79  |
| 53 | 10/04/2022 | 590.10   | 151.57   | 438.53    | 34,205.26  |
| 54 | 11/04/2022 | 590.10   | 149.65   | 440.45    | 33,764.81  |
| 55 | 12/04/2022 | 590.10   | 147.72   | 442.38    | 33,322.43  |
| 2022 Totals | | 7,081.20 | 1,898.00 | 5,183.20 | |
| 56 | 01/04/2023 | 590.10   | 145.79   | 444.31    | 32,878.12  |
| 57 | 02/04/2023 | 590.10   | 143.84   | 446.26    | 32,431.86  |
| 58 | 03/04/2023 | 590.10   | 141.89   | 448.21    | 31,983.65  |
| 59 | 04/04/2023 | 590.10   | 139.93   | 450.17    | 31,533.48  |
| 60 | 05/04/2023 | 590.10   | 137.96   | 452.14    | 31,081.34  |
| 61 | 06/04/2023 | 590.10   | 135.98   | 454.12    | 30,627.22  |
| 62 | 07/04/2023 | 590.10   | 133.99   | 456.11    | 30,171.11  |
| 63 | 08/04/2023 | 590.10   | 132.00   | 458.10    | 29,713.01  |
| 64 | 09/04/2023 | 590.10   | 129.99   | 460.11    | 29,252.90  |
| 65 | 10/04/2023 | 590.10   | 127.98   | 462.12    | 28,790.78  |
| 66 | 11/04/2023 | 590.10   | 125.96   | 464.14    | 28,326.64  |
| 67 | 12/04/2023 | 590.10   | 123.93   | 466.17    | 27,860.47  |
| 2023 Totals | | 7,081.20 | 1,619.24 | 5,461.96 | |
| 68 | 01/04/2024 | 590.10   | 121.89   | 468.21    | 27,392.26  |
| 69 | 02/04/2024 | 590.10   | 119.84   | 470.26    | 26,922.00  |
| 70 | 03/04/2024 | 590.10   | 117.78   | 472.32    | 26,449.68  |
| 71 | 04/04/2024 | 590.10   | 115.72   | 474.38    | 25,975.30  |

18-00018 ESL   TRIANGLE CAYMAN        EXHIBIT C

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 72 | 05/04/2024 | 590.10 | 113.64 | 476.46 | 25,498.84 |
| 73 | 06/04/2024 | 590.10 | 111.56 | 478.54 | 25,020.30 |
| 74 | 07/04/2024 | 590.10 | 109.46 | 480.64 | 24,539.66 |
| 75 | 08/04/2024 | 590.10 | 107.36 | 482.74 | 24,056.92 |
| 76 | 09/04/2024 | 590.10 | 105.25 | 484.85 | 23,572.07 |
| 77 | 10/04/2024 | 590.10 | 103.13 | 486.97 | 23,085.10 |
| 78 | 11/04/2024 | 590.10 | 101.00 | 489.10 | 22,596.00 |
| 79 | 12/04/2024 | 590.10 | 98.86 | 491.24 | 22,104.76 |
| 2024 Totals | | 7,081.20 | 1,325.49 | 5,755.71 | |
| 80 | 01/04/2025 | 590.10 | 96.71 | 493.39 | 21,611.37 |
| 81 | 02/04/2025 | 590.10 | 94.55 | 495.55 | 21,115.82 |
| 82 | 03/04/2025 | 590.10 | 92.38 | 497.72 | 20,618.10 |
| 83 | 04/04/2025 | 590.10 | 90.20 | 499.90 | 20,118.20 |
| 84 | 05/04/2025 | 590.10 | 88.02 | 502.08 | 19,616.12 |
| 85 | 06/04/2025 | 590.10 | 85.82 | 504.28 | 19,111.84 |
| 86 | 07/04/2025 | 590.10 | 83.61 | 506.49 | 18,605.35 |
| 87 | 08/04/2025 | 590.10 | 81.40 | 508.70 | 18,096.65 |
| 88 | 09/04/2025 | 590.10 | 79.17 | 510.93 | 17,585.72 |
| 89 | 10/04/2025 | 590.10 | 76.94 | 513.16 | 17,072.56 |
| 90 | 11/04/2025 | 590.10 | 74.69 | 515.41 | 16,557.15 |
| 91 | 12/04/2025 | 590.10 | 72.44 | 517.66 | 16,039.49 |
| 2025 Totals | | 7,081.20 | 1,015.93 | 6,065.27 | |
| 92 | 01/04/2026 | 590.10 | 70.17 | 519.93 | 15,519.56 |
| 93 | 02/04/2026 | 590.10 | 67.90 | 522.20 | 14,997.36 |
| 94 | 03/04/2026 | 590.10 | 65.61 | 524.49 | 14,472.87 |
| 95 | 04/04/2026 | 590.10 | 63.32 | 526.78 | 13,946.09 |
| 96 | 05/04/2026 | 590.10 | 61.01 | 529.09 | 13,417.00 |
| 97 | 06/04/2026 | 590.10 | 58.70 | 531.40 | 12,885.60 |
| 98 | 07/04/2026 | 590.10 | 56.37 | 533.73 | 12,351.87 |
| 99 | 08/04/2026 | 590.10 | 54.04 | 536.06 | 11,815.81 |
| 100 | 09/04/2026 | 590.10 | 51.69 | 538.41 | 11,277.40 |
| 101 | 10/04/2026 | 590.10 | 49.34 | 540.76 | 10,736.64 |
| 102 | 11/04/2026 | 590.10 | 46.97 | 543.13 | 10,193.51 |
| 103 | 12/04/2026 | 590.10 | 44.60 | 545.50 | 9,648.01 |
| 2026 Totals | | 7,081.20 | 689.72 | 6,391.48 | |
| 104 | 01/04/2027 | 590.10 | 42.21 | 547.89 | 9,100.12 |
| 105 | 02/04/2027 | 590.10 | 39.81 | 550.29 | 8,549.83 |
| 106 | 03/04/2027 | 590.10 | 37.41 | 552.69 | 7,997.14 |
| 107 | 04/04/2027 | 590.10 | 34.99 | 555.11 | 7,442.03 |
| 108 | 05/04/2027 | 590.10 | 32.56 | 557.54 | 6,884.49 |
| 109 | 06/04/2027 | 590.10 | 30.12 | 559.98 | 6,324.51 |
| 110 | 07/04/2027 | 590.10 | 27.67 | 562.43 | 5,762.08 |
| 111 | 08/04/2027 | 590.10 | 25.21 | 564.89 | 5,197.19 |
| 112 | 09/04/2027 | 590.10 | 22.74 | 567.36 | 4,629.83 |
| 113 | 10/04/2027 | 590.10 | 20.26 | 569.84 | 4,059.99 |
| 114 | 11/04/2027 | 590.10 | 17.76 | 572.34 | 3,487.65 |

18-00018 ESL   TRIANGLE CAYMAN        EXHIBIT C

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| 115  12/04/2027 | 590.10 | 15.26 | 574.84 | 2,912.81 |
| 2027 Totals | 7,081.20 | 346.00 | 6,735.20 | |
| 116  01/04/2028 | 590.10 | 12.74 | 577.36 | 2,335.45 |
| 117  02/04/2028 | 590.10 | 10.22 | 579.88 | 1,755.57 |
| 118  03/04/2028 | 590.10 | 7.68 | 582.42 | 1,173.15 |
| 119  04/04/2028 | 590.10 | 5.13 | 584.97 | 588.18 |
| 120  05/04/2028 | 590.10 | 1.92 | 588.18 | 0.00 |
| 2028 Totals | 2,950.50 | 37.69 | 2,912.81 | |
| Grand Totals | 70,812.00 | 15,812.00 | 55,000.00 | |

Last interest amount decreased by 0.65 due to rounding.