

| Key Rates | May 04 | Year Ago | |
|---|---|---|---|
| 1-year C.D. | **0.94** | 0.62 | ▲ |
| 2-year C.D. | **1.07** | 0.79 | |
| 5-year I.R.A. C.D. | **1.88** | 1.52 | ▲ |

Based on data compiled daily by Bankrate.com »

Copyright © 2018. Quotes and other information supplied by independent providers identified on the vendor disclosures page.