# HYPOTHETICAL CHAPTER 7 LIQUIDATION

**Case Number:** 18-00018 ESL

| Asset Description | Value | CREDITOR | Claim No. | 1st lien | CREDITOR | Claim No. | 2nd lien | CREDITOR | Claim No. | 3rd lien | CREDITOR | Claim No. | 4th lien | Value less liens | Debtor Int. | Debtor Interest $ | 11 USC 522 | Exemptions | Non Exempt Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOT OF LAND 80 CUERDAS | $ 180,000 | USDA FARM | 6-9 | $ 131,265 | | | $ - | | | $ - | | | $ - | $ 48,735 | 1 | $ 48,735 | D1 | $ 41,377 | $ 7,358 |
| LOT OF LAND 55 CUERDAS | $ 70,000 | TRIANGLE | 23 | $ 561,000 | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| 2005 MITSUBISHI OUTLANDER | $ 2,700 | | | $ - | | | $ - | | | $ - | | | $ - | $ 2,700 | 1 | $ 2,700 | D2 | $ 2,700 | $ - |
| 2015 TOYOTA SCION | $ 16,000 | RELIABLE | 1 | $ 26,057 | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| HOUSEHOLD GOODS | $ 1,500 | | | $ - | | | $ - | | | $ - | | | $ - | $ 1,500 | 1 | $ 1,500 | D3 | $ 1,500 | $ - |
| ELECTRONICS | $ 1,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 1,000 | 1 | $ 1,000 | D3 | $ 1,000 | $ - |
| WEARING APPAREL | $ 900 | | | $ - | | | $ - | | | $ - | | | $ - | $ 900 | 1 | $ 900 | D3 | $ 900 | $ - |
| JEWELRY | $ 100 | | | $ - | | | $ - | | | $ - | | | $ - | $ 100 | 1 | $ 100 | D4 | $ 100 | $ - |
| CASH | $ 40 | | | $ - | | | $ - | | | $ - | | | $ - | $ 40 | 1 | $ 40 | D5 | $ 40 | $ - |
| ORIENTAL CHECKING ACC | $ 100 | | | $ - | | | $ - | | | $ - | | | $ - | $ 100 | 1 | $ 100 | D5 | $ 100 | $ - |
| FIRST BANK CHECKING ACC | $ 100 | | | $ - | | | $ - | | | $ - | | | $ - | $ 100 | 1 | $ 100 | D5 | $ 100 | $ - |
| MILK QUOTA 26,000 LITERS | $ 312,000 | CONDADO | 22 | $ 277,386 | TRIANG | 23 | $ 561,000 | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| FARM ANIMALS | $ 60,000 | USDA FARM | 7-9 | $ 131,265 | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| FARM EQUIPMENT | $ 21,000 | | | $ - | | | $ - | | | $ - | | | $ - | $ 21,000 | 1 | $ 21,000 | D5 | $ 8,233 | $ 12,767 |
| 2003 FORD F 150 | $ 500 | POPULAR A | 11 | $ 3,337 | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | D6 | $ 4,750 | $ - |
| TRACTOR | $ 15,000 | USDA FARM | 6 | $ 14,419 | | | $ - | | | $ - | | | $ - | $ 581 | 1 | $ 581 | | $ - | $ 581 |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| | $ - | | | $ - | | | $ - | | | $ - | | | $ - | $ - | 1 | $ - | | $ - | $ - |
| **TOTALS** | **$ 680,940** | | | **$ 1,144,729** | | | **$ 561,000** | | | **$ -** | | | **$ -** | **$ 76,756** | | **$ 76,756** | | **$ 60,800** | **$ 20,706** |

COPYRIGHT JOSE R. CARRION, ESQ. 1999
Form Revised on July 27, 2011

| | | | | | |
|---|---|---|---|---|---|
| Total Assets Value for the Estate | $ 13,348 | Unsecured **Priority** Claims: | $ 2,783 | Amount of G.U. Claims: | $ 1,083,112 |
| Distribution to Secured Creditors | $ 14,419 | Distribution to Priority Claims: | $ 2,783 | | |
| Exemptions Paid | $ 8,233 | Funds available to G.Unsec. Claims | $ 3,874 | **Distribution for G.U. Claims:** | $ 3,874 |
| Liquidation Expenses | $ 2,670 | | | **G.U.** Claims Recovery %: | 0% |
| Chapter 7 Trustee Fees | $ 3,282 | Priority Claims Recovery %: | 100% | | |
| **Funds available for Priority and G.U. claims:** | $ 7,396 (Gross Liquidation Value) | | | **PV of Liquidation Value to G.U. in Chapter 13** | |
| | | | | **PV of G.U. Claims Recovery per Plan:** | $ 4,202 |
| Ch 7 Trustee Fee for disbursement to Unsecured Creditors | $ 740 | | | **Present Value Interest** | $ 328 |
| Funds Available to Unsecured Creditors after Fees | $ 6,657 | Prepared | | **Plan Term** | 60 |
| | | 5/7/18 4:03 PM | | **Proposed Plan Discount Rate %** | 3.25% |