## CONTRATO DEL PROGRAMA DE CONSERVACION — EXHIBIT F

| Participante: | Programa y Número de Contrato: |
|---|---|
| JOSE R RAMOS LAMBOY | EQIP 2014 74F352181PI |
| **Condado y Estado:** NAGUABO County, CR | **Código de fondo:** Emergency Practices - Equitable Relief |
| **Cuenca:** Rio Blanco near mouth | Este acuerdo entra en vigor en la fecha firmada por el servicio de conservación de recursos naturales, obligando al oficial, a menos que se especifique lo contrario en el anexo aplicable y se extiende hasta **1/30/2019** |

1. Los participantes que suscriben entran en este contrato con el servicio de conservación de recursos naturales (NRCS) para implementar y mantener las prácticas de conservación específicas, según lo establecido en el programa de operaciones del plan de conservación (NRCS-CPA-1155) en la propiedad identificada en el mapa del plan. En consideración para la ejecución y mantenimiento de las prácticas, el NRCS hará los pagos a los participantes en la cuantía que se describe en el programa de operaciones como se indica en el apéndice.

2. Este acuerdo está compuesto de este formulario del contrato del programa de conservación NRCS-CPA-1202. El apéndice del NRCS-CPA-1202 y el mapa del plan del programa de operaciones NRCS-CPA-1202 y el mapa del plan están completamente por este medio incorporados a este documento y son vinculantes para los participantes. El NRCS-CPA-1155 puede modificarse a través de la ejecución de un formulario de modificación (NRCS-CPA-1156) por el NRCS y el participante y se convierte en una parte del contrato cuando ambas partes acuerdan y firmen la modificación.

3. Los participantes están de acuerdo en:

   A) implementar y mantener prácticas de conservación en el transcurso de este acuerdo en cumplimiento con el plan o programa de operaciones y de acuerdo con las normas, especificaciones y otros criterios del programa especial de NRCS;

   B) perder pagos adicionales bajo este contrato y devolver a Estados Unidos, en las cantidades determinadas por el NRCS, cualquier pago recibido a continuación según determine el NRCS, si el participante ha infringido los términos materiales del presente acuerdo o acepta tales ajustes de pago como el NRCS considere oportuno si el NRCS decide que la infracción del participante no justifica la terminación del acuerdo; y

   C) y perder todos los derechos a pagos adicionales bajo el acuerdo el reembolso a Estados Unidos, en cantidades determinadas por el NRCS, pagos recibidos conforme al presente si el terreno en cuestión se transfiere a un no participante durante la vigencia de este contrato, a menos que el tercero acepte asumir este acuerdo y el NRCS preste su consentimiento a la modificación.

### 4. PARTICIPANTES DEL CONTRATO

| Nombre, Dirección, Teléfono | SSN o TAX ID si procede |
|---|---|
| JOSE R RAMOS LAMBOY<br>PO BOX 633<br>NAGUABO, PR 00718<br>(787) 216-5265 | *****6628<br><br>**DUNS (no individuos)** |
| **Firma**<br><br>**Fecha** | **Acciones de pago**<br>100.00% |
| Firma requerida para las modificaciones ✓ Si ☐ No | Firma requerida para los pagos ✓ Si ☐ No |

### 5. OBLIGACIONES DEL CONTRATO

| 2018 | | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $80,259 | | | | | | | | | | | | $80,259 |
| | | | | | | | | | | | | $80,259 |

### 6. OFICIALES DE LA APROBACIÓN DE NRCS

| Aprobación del Contrato | Obligación del Contrato |
|---|---|
| **JOSE SANTIAGO**<br>USDA electronic signature; manual signature not required.<br><br>Fecha: 4/2/2018 | Fecha: |

# CONTRATO DEL PROGRAMA DE CONSERVACION

| Participante: | Programa y Número de contrato: |
|---|---|
| JOSE R RAMOS LAMBOY | EQIP 2014 74F352181PI |

## DECLARACIÓN DE LA LEY DE PRIVACIDAD

Las declaraciones siguientes se hacen con arreglo a la ley de privacidad de 1974 (U.S.C. 522a). Esta información es voluntaria; sin embargo, no dar información correcta y completa resultará en la retención o el retiro de esa asistencia técnica o financiera. Se puede dar tal información a otras agencias del USDA, al Servicio de Impuestos Internos, al Departamento de Justicia, u otros organismos encargados de hacer cumplir la ley estatal o federal, o en respuesta a las órdenes de un tribunal, magistrado o tribunal administrativo.

Esta recopilación de información está exenta de la ley de reducción de papeleo en virtud de la nota de 16 U.S.C. 3830 y 16 U.S.C. 3846.

## DECLARACIÓN DE NO DISCRIMINACIÓN

El Departamento de agricultura de Estados Unidos (USDA) prohíbe la discriminación contra sus clientes. Si usted cree que es víctima de discriminación al obtener servicios de USDA, al participar en un programa de USDA, o al participar en un programa que recibe asistencia financiera de USDA, puede presentar una queja en USDA. Hay información disponible sobre cómo presentar una queja por discriminación de la oficina del Secretario Adjunto para derechos civiles.

El Departamento de Agricultura de Estados Unidos (USDA) prohíbe la discriminación en todos sus programas y actividades sobre la base de raza, color, origen nacional, edad, discapacidad y, si corresponde, sexo (incluyendo identidad y expresión de género), estado civil, estado familiar, estado paternal, religión, orientación sexual, información genética, creencias políticas, represalia, o porque la totalidad o una parte de los ingresos de una persona provenga de algún programa de asistencia pública. (No todas las bases prohibidas aplican a todos los programas).

Para presentar una queja por discriminación, complete, firme y enviar por correo un formulario de queja por discriminación de programa, disponible en cualquier ubicación de oficinas de USDA o por Internet enwww.ascr.usda.gov, o escriba a:

USDA  
Office of the Assistant Secretary for Civil Rights  
1400 Independence Avenue, S.W.  
Washington, DC 20250-9410

O llame gratis al (866) 632-9992 (voz) para obtener información adicional, la oficina correspondiente o para solicitar documentos. Las personas sordas, con problemas de audición o que tienen discapacidades del habla pueden comunicarse con USDA a través del servicio de retransmisión federal al (800) 877-8339 o (800) 845-6136 (en español). USDA es un proveedor, acreedor y empleador de igualdad de oportunidades.

Las personas con discapacidades que requieran de medios alternativos para la comunicación de la información del programa (Braille, letra grande, audio, etc.). deben comunicarse con el Centro TARGET de USDA en (202) 720-2600 (voz y TDD).

| US DEPARTMENT OF AGRICULTURE | CONSERVATION PLAN OR SCHEDULE OF OPERATIONS | | NRCS-CPA-1155 |
| --- | --- | --- | --- |
| NATURAL RESOURCES CONSERVATION SERVICE | | | 02/2014 |

| PARTICIPANT | COUNTY AND STATE | PROGRAM AND CONTRACT NUMBER | SUBACCOUNT |
| --- | --- | --- | --- |
| JOSE R RAMOS LAMBOY | NAGUABO County, CR | EQIP 2014 74F352181PI | Emergency Practices - Equitable Relief |
| Farm:2054 Tract(s):2805. | LAND UNITS OR LEGAL DESCRIPTION | WATERSHED | ACRES | EXPIRATION DATE |
| | | Rio Blanco near mouth | 80.2 | 1/30/2019 |

**Contract Items 1: Obstruction Removal(500)**     **Practice Lifespan:** 10 years     **Status:** Planned 2018

**Fields:**
Tract: 2805 Fields: 6;

| Contract Item | Planned Conservation Treatment | Planned Amount | Unit Cost | Cost Share Rate/Method | COMPLETION SCHEDULE AND ESTIMATED COST-SHARE OR PAYMENT BY YEAR | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | 2018 $ | | | | | | | | |
| 1 | Obstruction Removal(500) | 1.2 ac | | | 78,067 | | | | | | | | |
| 1a | HU-Removal and Disposal of Steel and or Concrete Structures | 6378 sq ft | $12.2400/ sq ft | PR¹ | 78,067 | | | | | | | | |

**Notes:** ¹Payment rates define the unit cost rate of compensation to be received by the participant.

Remoción de Obstrucciones ESTRUCTURAS DE ACERO Retire y elimine las estructuras de acero y / u hormigón por demolición, excavación u otros medios necesarios para la remoción. Deseche las estructuras de acero y / o concreto para que no impidan el trabajo posterior o causen daños en el sitio o fuera del sitio. Deshágase de todas las estructuras de acero u hormigón mediante su eliminación en un lugar aprobado o en una ubicación de reutilización. Retire y deseche todas las estructuras de acero y / o concreto para aplicar prácticas de conservación o facilitar el uso de la tierra planificado. La remoción de la estructura de acero y / o hormigón resolverá los problemas de recursos de la prevención o la instalación de prácticas de conservación o que presenten un peligro para su uso y disfrute. Es responsabilidad del agricultor solicitar los permisos pertinentes para llevar a cabo las obras de la práctica. Si el agricultor ya participa de otro Programa Federal o Estatal para la remoción de escombros es su responsabilidad de notificarlo para que no entre en una violación de contrato.

**Contract Items 2: Obstruction Removal(500)**     **Practice Lifespan:** 10 years     **Status:** Planned 2018

Remoción de Obstrucciones Vegetativo >6 Pulgadas Remover y disponer residuos, desechos u otro material no deseado, de aspecto desagradable o peligroso (edificios, estructuras, vegetación, rocas) que dificultan el establecimiento de prácticas de conservación o limitan los usos agrícolas o recreativos. Retire y elimine los arbustos y árboles > 6 pulgadas de diámetro por demolición, excavación u otros medios necesarios para la remoción. Elimine todos los arbustos y árboles para que no impidan el trabajo posterior ni causen daños en el sitio o fuera del sitio. Deshágase de todos los arbustos y árboles llevándolos a un vertedero aprobado; cortándolos para astillas de madera; distribución uniforme sobre el terreno; llevándolos a un centro de reciclaje; o entierro en un lugar aprobado. Retire y deseche los arbustos y árboles para aplicar prácticas de conservación o facilitar el uso de la tierra planificado. La eliminación de arbustos y árboles abordará los problemas de recursos de la prevención u obstáculo para la instalación de prácticas de conservación o que presenten un peligro para su uso y disfrute. Es responsabilidad del agricultor solicitar los permisos pertinentes para llevar a cabo las obras de la práctica. Si el agricultor ya participa de otro Programa Federal o Estatal para la remoción de escombros es su responsabilidad de notificarlo para que no entre en una violación de contrato.

**Fields:**
Tract: 2805 Fields: 31; Tract: 2843 Fields: 18;

| Contract Item | Planned Conservation Treatment | Planned Amount | Unit Cost | Cost Share Rate/Method | COMPLETION SCHEDULE AND ESTIMATED COST-SHARE OR PAYMENT BY YEAR | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | 2018 $ | | | | | | | | |

US DEPARTMENT OF AGRICULTURE
NATURAL RESOURCES CONSERVATION SERVICE

## CONSERVATION PLAN OR SCHEDULE OF OPERATIONS

| PARTICIPANT | COUNTY AND STATE | PROGRAM AND CONTRACT NUMBER | SUBACCOUNT |
| --- | --- | --- | --- |
| JOSE R RAMOS LAMBOY | NAGUABO County, CR | EQIP 2014 74F352181PI | Emergency Practices - Equitable Relief |

| | WATERSHED | ACRES | EXPIRATION DATE |
| --- | --- | --- | --- |
| | Rio Blanco near mouth | 80.2 | 1/30/2019 |

| | | | | PR[1] | |
| --- | --- | --- | --- | --- | --- |
| 2 | Obstruction Removal(500) | | 1 ac | | 2,192 |
| 2a | HU-Removal and Disposal of Brush and Trees > 6 inch Diameter | | 1 ac | $2,191.2400 / ac | 2,192 |

Notes: [1]Payment rates define the unit cost rate of compensation to be received by the participant.

| US-DEPARTMENT OF AGRICULTURE NATURAL RESOURCES CONSERVATION SERVICE | CONSERVATION PLAN OR SCHEDULE OF OPERATIONS | | NRCS-CPA-1155 02/2014 |
|---|---|---|---|
| PARTICIPANT JOSE R RAMOS LAMBOY | COUNTY AND STATE NAGUABO County, CR | PROGRAM AND CONTRACT NUMBER EQIP 2014 74F352181PI | SUBACCOUNT Emergency Practices - Equitable Relief |
| Farm:2054 Tract(s):2805. | LAND UNITS OR LEGAL DESCRIPTION | WATERSHED Rio Blanco near mouth | ACRES 80.2 | EXPIRATION DATE 1/30/2019 |

## Total Cost-Share or Payment by Year

| Year | 2018 | | | | | | Total Contract Payment |
|---|---|---|---|---|---|---|---|
| Amount($) | $80,259 | | | | | | $80,259 |

NOTES:
A. All items numbers on form NRCS-CPA-1155 must be carried out as part of this contract to prevent violation.
B. When established, the conservation practices identified by the numbered items must be maintained by the participant at no cost to the government.
C. All cost share rates are based on average cost (AC) with the following exceptions:
  AA = Actual cost not to exceed average cost; FR = Flat Rate; NC = Non cost-shared; AM = Actual cost not to exceed a specified maximum; PR = Payment rates.
D. By signing, the participant acknowledges receipt of this conservation plan including this form NRCS-CPA-1155 and agrees to comply with the terms and conditions here of.

### Certification of Participants

| Signature JOSE R RAMOS LAMBOY | Date | Signature | Date |
|---|---|---|---|

### Signatures of Reviewing Officials

| Designated Conservationist - Technical Adequacy Certification gnature: JOSE SANTIAGO | NRCS Approving Official Signature: |
|---|---|
| Date: 4/2/2018 | Date: |

| US DEPARTMENT OF AGRICULTURE<br>NATURAL RESOURCES CONSERVATION SERVICE | CONSERVATION PLAN OR SCHEDULE OF OPERATIONS | | NRCS-CPA-1155<br>02/2014 |
|---|---|---|---|
| PARTICIPANT<br>JOSE R RAMOS LAMBOY | COUNTY AND STATE<br>NAGUABO County, CR | PROGRAM AND CONTRACT NUMBER<br>EQIP 2014 74F352181PI | SUBACCOUNT<br>Emergency Practices - Equitable Relief |
| | | | ACRES<br>80.2 | EXPIRATION DATE<br>1/30/2019 |

| LAND UNITS OR LEGAL DESCRIPTION | WATERSHED |
|---|---|
| Farm:2054 Tract(s):2805. | Rio Blanco near mouth |

## PRIVACY ACT

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C 522a). Furnishing this information is voluntary; however failure to furnish correct, complete information will result in the withholding or withdrawal of such technical or financial assistance. The information may be furnished to other USDA agencies, the Internal Revenue Service, the Department of Justice, or other state or federal law enforcement agencies, or in response to orders of a court, magistrate, or administrative tribunal.
This information collection is exempted from the Paperwork Reduction Act under 16 U.S.C. 3801 note and 16 U.S.C. 3846.

## NON-DISCRIMINATION STATEMENT

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov

USDA is an equal opportunity provider, employer and lender.